# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236(GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : JURY TRIAL DEMANDED |
| Defendant. | : |

## DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Ameritas Life Insurance Corp. ("Ameritas"), by and through its undersigned counsel, certifies that this party is a non-governmental corporate party, that Ameritas' parent corporation is Ameritas Holding Company, that Ameritas Holding Company's parent corporation is Ameritas Mutual Holding Company, and that there are no publicly held corporations that own 10% or more of Ameritas' stock. Ameritas is a citizen of the state of Nebraska for purposes of diversity jurisdiction.

DATED: March 10, 2023

COZEN O'CONNOR

*/s/ Kaan Ekiner*
Kaan Ekiner (No. 5607)
1201 North Market St., Ste. 1001
Wilmington, DE 19801
Phone: 302-295-2046
Fax: 302-250-4356
kekiner@cozen.com

Michael J. Miller (*pro hac vice forthcoming*)
Joseph M. Kelleher (*pro hac vice forthcoming*)
Brian D. Burack (*pro hac vice forthcoming*)
Victoria G. Mazzola (*pro hac vice forthcoming*)
1650 Market St., Ste. 2800
Philadelphia, PA 19103

*Attorneys for Plaintiff, Ameritas Life Insurance Corp.*