# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, <br><br> Defendant, | C.A. No. 23-236-GBW |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, <br><br> Counterclaimant, <br><br> v. <br><br> AMERITAS LIFE INSURANCE CORP., <br><br> Counterclaim Defendant. | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 7, 2024 a true and correct copy of *Wilmington Savings Fund Society, FSB, Solely as Securities Intermediary's Second Set of Interrogatories* was served via electronic mail upon the following counsel of record:

> Kaan Ekiner
> COZEN O'CONNOR
> 1201 North Market Street
> Suite 1001
> Wilmington, DE 19801

| | |
|---|---|
| Dated: February 7, 2024 | **K&L GATES LLP**<br><br>*/s/ Matthew B. Goeller*<br>Steven L. Caponi (No. 3484)<br>Matthew B. Goeller (No. 6283)<br>600 King Street, Suite 901<br>Wilmington, DE 19801<br>Phone: (302) 416-7000<br>steven.caponi@klgates.com<br>matthew.goeller@klgates.com<br><br>*Of Counsel:*<br><br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Khai LeQuang<br>Aaron M. Rubin<br>2050 Main Street<br>Suite 1100<br>Irvine, CA 92614-8255<br>Telephone: 949-567-6700<br>klequang@orrick.com<br>amrubin@orrick.com<br><br>*Attorneys for Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary.* |