AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 23-cv-00236

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* JPMorgan Chase Bank N.A. on *(date)* Feb 12, 2024, 3:42 am.

[X] I served the subpoena by delivering a copy to the named individual as follows: The investigator arrived at the provided address and spoke with security. Yvonne Boley, Operations Specialist, was called to the lobby and served the provided documents. on *(date)* Tue, Feb 13 2024; or

[ ] I returned the subpoena unexecuted because: _____.

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 02/16/2024

*Server's signature*

Maria Cruse 10176-110322-LA, Licensed Private Investigator

*Printed name and title*

1100 Superior Avenue Ste 1820, Cleveland, Ohio 44114

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 13, 2024, 3:40 pm CST at 700 Kansas Lane, Monroe, LA 71203 received by Yvonne Boley. Age: 36; Ethnicity: African American; Gender: Female; Weight: 190; Height: 5'6"; Hair: Black;
The investigator arrived at the provided address and spoke with security. Yvonne Boley, Operations Specialist, was called to the lobby and served the provided documents.