# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, <br><br> Defendant. | C.A. No. 23-236-GBW |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 25, 2024 a true and correct copy of *Objections to Ameritas Life Insurance Corp.'s Subpoena to Wilmington Savings Fund Society, FSB* was served via electronic mail upon the following counsel of record:

> Kaan Ekiner
> COZEN O'CONNOR
> 1201 North Market Street, Suite 1001
> Wilmington, DE 19801

Dated: March 25, 2024

**K&L GATES LLP**

*/s/ Megan E. O'Connor*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 King Street, Suite 901
Wilmington, DE 19801
Phone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

*Of Counsel:*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Khai LeQuang
Aaron M. Rubin
2050 Main Street, Suite 1100
Irvine, CA 92614-8255
Telephone: 949-567-6700
klequang@orrick.com
amrubin@orrick.com

*Attorneys for Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary.*