## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP.,<br><br>      Plaintiff,<br><br>  v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY,<br><br>      Defendant,<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY,<br><br>      Counter-Claimant,<br><br>  v.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>      Counter-Defendant. | C.A. No. 23-236-GBW |

### NOTICE OF INTENT TO SERVE THIRD-PARTY DISCOVERY, SUBPOENA TO PRODUCE DOCUMENTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 45

**PLEASE TAKE NOTICE** that, on or after March 28, 2024, the undersigned will serve a Subpoena to Produce Documents, Information, or Objects pursuant to Federal Rule of Civil Procedure 45, copies of which are attached collectively hereto as Exhibit 'A' on the following:

1.    Citizens Financial Group, Inc., Corporation Service Company, 251 Little Falls Drive, Wilmington, DE 19808  Exhibit A.

| | |
|---|---|
| DATED: March 28, 2024 | **COZEN O'CONNOR** |
| | |
| | /s/Kaan Ekiner |
| | Kaan Ekiner (No. 5607) |
| | 1201 North Market St., Ste. 1001 |
| | Wilmington, DE 19801 |
| | Phone: 302-295-2046 |
| | kekiner@cozen.com |
| | |
| | Joseph M. Kelleher (admitted *pro hac vice*) |
| | Kara E. Cheever (admitted *pro hac vice*) |
| | Brian D. Burack (admitted *pro hac vice*) |
| | Victoria G. Mazzola (admitted *pro hac vice*) |
| | 1650 Market St., Ste. 2800 |
| | Philadelphia, PA 19103 |
| | |
| | *Attorneys for Plaintiff/Counterclaim Defendant Ameritas Life Insurance Corp.* |