**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY,<br><br>　　　　　Defendant, | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY,<br><br>　　　　　Counter-Claimant,<br><br>　　v.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>　　　　　Counter-Defendant. | C.A. No. 1:23-cv-00236-GBW<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUBPOENAS

**PLEASE TAKE NOTICE** that in accordance with Fed. R. Civ. P. 30 and 45, the attached subpoenas will be served on the following:

> Brian A. Sullivan, Esq.
> 1225 North King Street
> Wilmington, DE  19801
>
> and
>
> Anthony Socci
> 21 Marigold Lane
> Trumbull, CT  06611

| | |
|---|---|
| Dated: April 3, 2024 | **K&L GATES LLP** |
| | |
| | */s/ Megan E. O'Connor* |
| | Steven L. Caponi (No. 3484) |
| | Matthew B. Goeller (No. 6283) |
| | Megan E. O'Connor (No. 6569) |
| | 600 N. King Street, Suite 901 |
| | Wilmington, DE  19801 |
| | Telephone:  (302) 416-7000 |
| | steven.caponi@klgates.com |
| | matthew.goeller@klgates.com |
| | megan.oconnor@klgates.com |
| | |
| | **ORRICK, HERRINGTON**  **& SUTCLIFFE LLP** |
| | |
| | Khai LeQuang |
| | Aaron M. Rubin |
| | 2050 Main Street, Suite 1100 |
| | Irvine, CA  92614-8255 |
| | Telephone:  (949) 567-6700 |
| | klequang@orrick.com |
| | amrubin@orrick.com |
| | |
| | *Attorneys for Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary* |