IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Ameritas Life Insurance Company,<br><br>    Plaintiff,<br><br> v.<br><br>Wilmington Savings Fund Society FSB Soley as Securities Intermediary.,<br><br>    Defendant. | Case No.: 23-236-GBW |

### NOTICE OF SUBPOENA OF MICHAEL E. MORRISON

**PLEASE TAKE NOTICE** that the Plaintiff, Ameritas Life Insurance Corp. ("Plaintiff"), pursuant to Federal Rules of Civil Procedure 30 and 45, will serve the attached *subpoena ad testificandum* on Michael E. Morrison. A true and correct copy of the subpoena is attached hereto as Exhibit A.

The deposition will take place under the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the District of Delaware before a court reporter authorized to administer oaths. The deposition will commence on **May 6, 2024, beginning at 9:30 a.m. ET**. The deposition will be held remotely, via simultaneous audio-visual means (e.g., Zoom) or at such other time and location as is mutually agreed upon by the parties.

The testimony shall be recorded by video and stenographic means and will continue from day to day until completed, excluding holidays and weekends.

| | |
|---|---|
| Dated: April 11, 2024 | */s/ Kaan Ekiner*<br>Kaan Ekiner (DE No. 5607)<br>COZEN O'CONNOR<br>1201 North Market Street, Ste. 1001<br>Wilmington, DE 19801<br>(302) 295-2046<br>kekiner@cozen.com<br><br>Brian Burack *(pro hac vice)*<br>Joseph Kelleher *(pro hac vice)*<br>Michael Miller *(pro hac vice)*<br>Victoria Mazzola *(pro hac vice)*<br>COZEN O'CONNOR<br>1650 Market Street, Suite 2800<br>Philadelphia, PA 19103<br>bburack@cozen.com<br>jkelleher@cozen.com<br>Mjmiller@cozen.com<br>vmazzola@cozen.com<br><br>*Attorneys for Plaintiff,*<br><br>*Ameritas Life Insurance Corp.* |