IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, <br><br> Defendant. | Civil Action No. 23-cv-00236-GBW |

## **ORDER**

At Wilmington, Delaware this 16th day of April, 2024:

IT IS HEREBY ORDERED THAT, pursuant to Fed. R. Civ. P. 53(a)(1)(C), the above-captioned action is hereby referred to the Clerk of Court for assignment of a Special Master for the purpose of hearing discovery disputes. Upon selection of a Special Master, the Court shall enter a further Order appointing the same. *See* Fed. R. Civ. P. 53(b).

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE