

April 19, 2024

**VIA ECF**

**Kaan Ekiner**
Direct Phone   302-295-2046
Direct Fax       302-250-4356
kekiner@cozen.com

Special Master (to be appointed)

Re:   *Ameritas Life Ins. Co. v. Wilmington Savings Fund Society FSB*, 1:23-cv-00236-GBW

Dear Special Master:

In accordance with Paragraph 3(g) of the Joint Scheduling Order [ECF 17], Plaintiff Ameritas Life Insurance Corp. ("Ameritas"), and non-party Brian Sullivan, Esquire, jointly write to request the scheduling of a discovery teleconference in the above-referenced matter.

Because a Special Master has not yet been appointed, and because this discovery dispute is time-sensitive (the scheduled deposition date is April 23, 2024), we are submitting this letter to the Court out of an abundance of caution.

The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on the following date(s): April 8, 2024:

- Delaware Counsel

    Plaintiff Ameritas Life Insurance Corp.

    Kaan Ekiner (No. 5607)
    Cozen O'Connor P.C.
    1201 North Market St., Ste. 1001
    Wilmington, DE 19801

    Defendant Wilmington Savings Fund Society
    Megan O'Connor
    K and L Gates
    600 N. King Street, Suite 901
    Wilmington, Delaware 19801

    Non-Party Brian Sullivan, Esquire

    Charles J. Brown, III
    GELLERT SCALI BUSENKELL & Brown LLC
    1201 N. Orange Street, 3rd Floor

      600 N. King Street, Suite 901
      Wilmington, DE 19801

- Lead Counsel

    Plaintiff Ameritas Life Insurance Corp.
        Brian D. Burack (*pro hac vice*)
        Cozen O'Connor P.C.
        1650 Market St., Ste. 2800
        Philadelphia, PA 19103

    Defendant Wilmington Savings Fund Society
        Khai LeQuang
        2050 Main Street, Suite 1100
        Orrick, Herrington & Sutcliffe, LLP
        Irvine, CA 92614

    Non-Party Brian Sullivan, Esquire

        Charles J. Brown, III
        GELLERT SCALI BUSENKELL & Brown LLC
        1201 N. Orange Street, 3rd Floor
        600 N. King Street, Suite 901
        Wilmington, DE 19801

The dispute requiring judicial attention is listed below:

- Brian A. Sullivan, Esq. served as the trustee of the Marvin Flaks Life Insurance Trust, which is the entity to which the policy at issue in this litigation was issued. Both Ameritas and WSFS have served deposition subpoenas on Mr. Sullivan who has accepted service through his attorney subject to his objections. The deposition was originally noticed to occur on April 9, 2024 and has since been rescheduled for April 23, 2024, at the request of Mr. Sullivan. Mr. Sullivan now seeks a protective order from attending that deposition unless and until either Ameritas or the Policy's beneficial owner, BroadRiver, agrees to indemnify him. Ameritas denies any obligation to indemnify Mr. Sullivan. Nor does Ameritas believe that a request for indemnification is an appropriate basis to avoid this deposition.[1]

---

[1] WSFS participated in the verbal meet and confer where it denied any obligation to indemnify Mr. Sullivan; but WSFS elected not to join the instant discovery dispute.

Respectfully submitted,

| | |
|---|---|
| */s/ Kaan Ekiner* | */s/ Charles J. Brown, III* |
| Kaan Ekiner (No. 5607) | Charles J. Brown, III |
| 1201 North Market St., Ste. 1001 | 1201 N. Orange Street, 3rd Floor |
| Wilmington, DE 19801 | 600 N. King Street, Suite 901 |
| Phone: (302) 295-2046 | Wilmington, DE |
| kekiner@cozen.com | Phone: (302) 425-5813 |
| | cbrown@gsbblaw.com |

Joseph M. Kelleher (*pro hac vice*)
Brian D. Burack (*pro hac vice*)
Kara E. Cheever (*pro hac vice*)
Victoria G. Mazzola (*pro hac vice*)
1650 Market St., Ste. 2800
Philadelphia, PA 19103
jkelleher@cozen.com
bburack@cozen.com
kcheever@cozen.com
vmazzola@cozen.com

| | |
|---|---|
| **COZEN O'CONNOR P.C.** | **GELLERT SCALI BUSENKELL & BROWN LLC** |
| *Attorneys for Plaintiff Ameritas Life Insurance Corp.* | *Attorneys for Non-Party Brian Sullivan, Esquire.* |

cc: All Counsel of Record (*via ECF*)