# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY,<br><br>　　　　Defendant,<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY,<br><br>　　　　Counter-Claimant,<br><br>　　v.<br><br>AMERITAS LIFE INSURANCE CORP.,<br><br>　　　　Counter-Defendant. | C.A. No. 23-236-GBW |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE, that on May 13, 2024, true and correct copies of Plaintiff/Counterclaim Defendant Ameritas Life Insurance Corp.'s Responses and Objections to the Notice of Deposition of Defendant Pursuant to Fed. R. Civ. P. 30(b)(6) were caused to be served **VIA E-MAIL** upon the following counsel:

[space intentionally left blank]

Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
**K&L Gates LLP**
600 N. King Street, Suite 901
Wilmington, DE 19801
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

Khai LeQuang
Aaron M. Rubin
Joseph Jung
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
klequang@orrick.com
amrubin@orrick.com
jjung@orrick.com

**COZEN O'CONNOR P.C.**

*/s/ Kaan Ekiner*
Kaan Ekiner (No. 5607)
1201 North Market St., Ste. 1001
Wilmington, DE 19801
302-295-2046
kekiner@cozen.com

Joseph M. Kelleher (admitted *pro hac vice*)
Brian Burack (admitted *pro hac vice*)
Ilya Schwartzburg (admitted *pro hac vice*)
Kara E. Cheever (admitted *pro hac vice*)
Victoria G. Mazzola (admitted *pro hac vice*)
1650 Market St., Ste. 2800
Philadelphia, PA 19103

*Attorneys for Plaintiff/Counterclaim-Defendant Ameritas Life Insurance Corp.*