**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| AMERITAS LIFE INSURANCE CORP., | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-236-GBW |
| | ) | |
| WILMINGTON SAVINGS FUND | ) | |
| SOCIETY, FSB, SOLELY AS SECURITIES | ) | |
| INTERMEDIARY, | ) | |
| | ) | |
| *Defendants*. | ) | |

**DECLARATION OF HELENA C. RYCHLICKI PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 53(b)**

I, Helena C. Rychlicki, declare as follows:

1.      I am a member in good standing of the state bar of Delaware. On February 1, 2024, I was appointed to the Special Masters Panel for a second four (4) year term which will end on January 31, 2028.

2.      On May 13, 2024, the Court referred the above captioned action to my attention to determine if I could serve as Special Master.

3.      I conducted a conflict-of-interest inquiry and concluded that I have no relationships to the parties, attorneys, or action that would require my disqualification as Special Master in this action. I informed the Court of my willingness and ability to serve as Special Master.

4.      On May 24, 2024, the Court appointed me as Special Master in this action.

I declare under penalty of perjury the foregoing is true and correct.

Dated: June 4, 2024                                    */s/ Helena C. Rychlicki*
                                                                 Helena C. Rychlicki (DE No. 3996)