**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, <br><br> Defendant. | C.A. No. 23-236-GBW <br><br> **JURY TRIAL DEMANDED** |

## LOCAL RULE 7.1.1 STATEMENT

Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary, made reasonable efforts to reach agreement with Plaintiff Ameritas Life Insurance Corp. on the matters set forth in this Motion. Such reasonable efforts included oral communications between counsel for the parties on a June 3, 2024 phone call (which involved Delaware counsel for both parties) and email exchanges between counsel for the parties.

Dated: June 5, 2024

**K&L GATES LLP**

*/s/ Matthew B. Goeller*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

*Attorneys for Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary*