**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, <br><br> Defendant. | C.A. No. 23-236-GBW <br><br> **JURY TRIAL DEMANDED** |

**DECLARATION OF AARON M. RUBIN IN SUPPORT OF
MOTION TO MODIFY PRETRIAL DEADLINES IN JOINT SCHEDULING ORDER**

I, Aaron M. Rubin, declare as follows:

1. I am an attorney at Orrick, Herrington & Sutcliffe LLP, counsel for Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary ("Securities Intermediary") in the above-captioned matter. I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would competently testify thereto.

2. I respectfully submit this declaration in support of Defendant's Motion to Modify Pretrial Deadlines in Joint Scheduling Order.

3. Attached as **Exhibit 1** is a true and correct copy of email communications from May 20, 2024 to May 31, 2024 between Aaron M. Rubin, Kara E. Cheever, and Brian D. Burack regarding Securities Intermediary's proposal to extend the pretrial deadlines.

4. Attached as **Exhibit 2** is a true and correct copy of Ameritas Life Insurance Corp.'s ("Ameritas") Rule 26(a)(1) Initial Disclosures, dated July 27, 2023.

5. Attached as **Exhibit 3** is a true and correct copy of Ameritas's Responses and Objections to Securities Intermediary's First Set of Requests for the Production of Documents, dated September 8, 2023.

6. Attached as **Exhibit 4** is a true and correct copy of Ameritas's Amended Rule 26(a)(1) Initial Disclosures, dated September 21, 2023.

7. Attached as **Exhibit 5** is a true and correct copy of Ameritas's Responses and Objections to Securities Intermediary's First Set of Interrogatories, dated February 9, 2024.

8. Attached as **Exhibit 6** is a true and correct copy of an opinion letter dated October 20, 2010 from Cozen O'Connor P.C. ("Cozen") to the California Public Employees' Retirement System ("CalPERS") regarding Cozen's acting as special regulatory counsel to Ocean Gate Life Settlement Program, LP ("Ocean Gate") and Cozen's opinion concerning the laws of the State of Delaware, produced by Highland Capital Management, L.P. ("Highland") bearing Bates label numbers H-AMT019733 to H-AMT019752.

9. Attached as **Exhibit 7** is a true and correct copy of an opinion letter dated October 20, 2010 from Cozen to CalPERS regarding Cozen's acting as special regulatory counsel to Ocean Gate and Cozen's opinion concerning the laws of the State of New Jersey, produced by Highland bearing Bates label numbers H-AMT019754 to H-AMT019774.

10. Attached as **Exhibit 8** is a true and correct copy of email communications from March 14, 2024 to April 13, 2024 between Aaron M. Rubin and Kara E. Cheever regarding Securities Intermediary's request for Ameritas's deposition transcripts.

11. Attached as **Exhibit 9** is a true and correct copy of Ameritas's Subpoena to Produce Documents, Information, or Objects pursuant to Federal Rule of Civil Procedure 45 issued to Barry Turkanis.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed this 5th day of June 2024 at Irvine, California.

                                                */s/ Aaron M. Rubin*
                                                Aaron M. Rubin