IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, <br><br> Defendant. | C.A. No. 23-236-GBW <br><br> **JURY TRIAL DEMANDED** |

[~~PROPOSED~~] ORDER MODIFYING PRETRIAL
DEADLINES IN JOINT SCHEDULING ORDER

**UPON CONSIDERATION** of the Motion to Modify Pretrial Deadlines in Joint Scheduling Order filed by Wilmington Savings Fund Society, FSB, solely as Securities Intermediary, and any opposition thereto and replies in support thereof, and there being good cause shown, it is hereby

**ORDERED** that the Motion to Modify Pretrial Deadlines in Joint Scheduling Order is **GRANTED**; and is further

**ORDERED** that the deadlines provided below will govern the remaining events in this case:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of fact discovery | July 9, 2024 | October 4, 2024 |
| Affirmative expert reports | August 9, 2024 | November 15, 2024 |
| Rebuttal expert reports | September 6, 2024 | December 13, 2024 |
| Reply expert reports | September 25, 2024 | January 10, 2025 |
| Expert discovery cutoff | October 23, 2024 | January 31, 2025 |

| | | |
|---|---|---|
| Dispositive motions due and *Daubert* motions due | November 22, 2024 | February 28, 2025 |
| Oppositions to dispositive motions and *Daubert* motions due | December 20, 2024 | March 31, 2025 |
| Replies in further support of dispositive motions and *Daubert* motions due | January 24, 2025 | April 21, 2025 |
| Deadline motions *in limine* | March 7, 2025 | June 6, 2025 |
| Pretrial conference | November 12, 2025 | November 12, 2025 |
| Jury Trial begins | November 17, 2025 | November 17, 2025 |

**SO ORDERED** this 10th day of June 2024.

_____
The Honorable Gregory B. Williams
United States District Judge