## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP.,<br><br>Plaintiff,<br><br>v.<br><br>WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY,<br><br>Defendant. | C.A. No. 23-236-GBW<br><br>**JURY TRIAL DEMANDED** |

### MOTION TO COMPEL PRODUCTION OF AMERITAS'S DEPOSITION TRANSCRIPTS

Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary ("Securities Intermediary"), by and through its undersigned counsel, moves for entry of an order compelling Ameritas to produce deposition transcripts of Ameritas or Ameritas's current or former employees in the following cases: (1) *Wells Fargo Bank, N.A. v. Ameritas Life Insurance Corp.*, No. 4:21-cv-03118-SMB-JMD (D. Neb.); (2) *Ameritas Life Insurance Corp. v. Wilmington Trust, N.A.*, No. 2:19-cv-18713-MEF-MAH (D.N.J.); (3) *Ameritas Life Insurance Corp. v. Wilmington Trust, N.A.*, No. 1:22-cv-00910-JLH (D. Del.); (4) *Ameritas Life Insurance Corp. v. Wilmington Trust, N.A.*, No. 1:22-cv-00907-JLH (D. Del.); and (5) *Wilmington Trust National Association v. Ameritas Life Insurance Corp.*, No. 1:23-cv-02097-VMC (N.D. Ga.).

Dated: June 13, 2024

**K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N King St., Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
steven.caponi@klgates.com

**ORRICK, HERRINGTON & SUTCLIFFE LLP**

Khai LeQuang (*pro hac vice*)
Aaron M. Rubin (*pro hac vice*)
Richard W. Krebs (*pro hac vice*)
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
Telephone: 949-567-6700
klequang@orrick.com
amrubin@orrick.com
rkrebs@orrick.com

*Attorneys for Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary*