# Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236(GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : **JURY TRIAL DEMANDED** |
| Defendant. | : |

## [PROPOSED] ORDER STRIKING AMERITAS LIFE INSURANCE CORP.'S OBJECTIONS TO THE SPECIAL MASTER'S ORDER DATED AUGUST 5, 2024

**UPON CONSIDERATION** of the Motion to Strike Ameritas Life Insurance Corp.'s ("Ameritas") Objections to the Special Master's Order dated August 5, 2024, filed by Wilmington Savings Fund Society, FSB, solely as Securities Intermediary, and any opposition thereto and replies in support thereof, and there being good cause shown, it is hereby

**ORDERED** that the Motion to Strike Ameritas's Objections to the Special Master's Order dated August 5, 2024 is **GRANTED**; and is further

**ORDERED** that Ameritas's Objections to the Special Master's Order dated August 5, 2024, filed under seal at D.I. 139, are stricken from the docket.

**SO ORDERED** this _____ day of September 2024.

_____
The Honorable Gregory B. Williams
United States District Judge