# Exhibit 5

| | |
|---|---|
| **From:** | Rubin, Aaron M. |
| **Sent:** | Wednesday, July 3, 2024 8:26 PM |
| **To:** | Burack, Brian D. |
| **Cc:** | Caponi, Steven L.; Goeller, Matthew B.; O'Connor, Megan E.; LeQuang, Khai; Krebs, Richard; Cheever, Kara E.; Kelleher, Joseph; Mazzola, Victoria; Ekiner, Kaan; Turner, Jamaiah; Jung, Joseph; Schwartzburg, Ilya |
| **Subject:** | Ameritas Life Insurance Corp. v. Wilmington Savings Fund Society, FSB, No. 1:23-cv-00236 |

Brian,

Following up on our call earlier, we do not agree to stipulate to a stay of the time for Ameritas to object to the Special Master's June 18, 2024 Memorandum Opinion Regarding Plaintiff's Motion to Compel. Given your indication that Ameritas may challenge the Special Master's rulings, we do not wish to delay these issues and the case any further.

Aaron

**Aaron M. Rubin**
Partner

Orrick
Orange County 
T +1-949-852-7732
amrubin@orrick.com



