#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> WILMINGTON SAVINGS FUND SOCIETY, : <br> FSB, SOLELY AS SECURITIES : <br> INTERMEDIARY, : <br> : <br> Defendant. : | C.A. No. 1:23-cv-00236(GBW) <br><br> **JURY TRIAL DEMANDED** |

#### [PROPOSED] ORDER MODIFYING
#### PRETRIAL DEADLINES IN JOINT SCHEDULING ORDER

**UPON CONSIDERATION** of the Motion to Modify Pretrial Deadlines in Joint Scheduling Order filed by Wilmington Savings Fund Society, FSB, solely as Securities Intermediary, and any opposition thereto and replies in support thereof, and there being good cause shown, it is hereby

**ORDERED** that the Motion to Modify Pretrial Deadlines in Joint Scheduling Order is **GRANTED**; and is further

**ORDERED** that the deadlines provided below will govern the remaining events in this case:

| Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Close of fact discovery | October 4, 2024 | December 20, 2024 |
| Affirmative expert reports | November 15, 2024 | January 31, 2025 |
| Rebuttal expert reports | December 13, 2024 | February 28, 2025 |
| Reply expert reports | January 10, 2025 | March 28, 2025 |
| Expert discovery cutoff | January 31, 2025 | April 18, 2025 |

| | | |
|---|---|---|
| Dispositive motions and *Daubert* motions due | February 28, 2025 | May 16, 2025 |
| Oppositions to dispositive motions and *Daubert* motions due | March 31, 2025 | June 16, 2025 |
| Replies in further support of dispositive motions and *Daubert* motions due | April 21, 2025 | July 7, 2025 |
| Deadline motions *in limine* | June 6, 2025 | August 22, 2025 |
| Pretrial conference | November 12, 2025 | November 12, 2025 |
| Jury Trial begins | November 17, 2025 | November 17, 2025 |

**SO ORDERED** this _____ day of October 2024.

_____
The Honorable Gregory B. Williams
United States District Judge