# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236 (GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| Defendant. | : |

## [PROPOSED] ORDER GRANTING AMERITAS LIFE INSURACE CORP.'S MOTION FOR SUMMARY JUDGMENT NO. 2

**AND NOW**, this _____ day of _____, 2025, upon consideration of Plaintiff Ameritas Life Insurance Corp.'s Motion for Summary Judgment No. 2 pursuant to Federal Rule of Civil Procedure 56, and upon consideration of all papers filed in support, oppositions thereto, and any oral argument of counsel, it is **HEREBY ORDERED** that:

1. Ameritas's Motion for Summary Judgment No. 2 is **GRANTED**;

2. The First and Third Counterclaims of Defendant Wilmington Savings Fund Society, FSB are **DISMISSED WITH PREJUDICE**.

                                                                     _____
                                                                     The Honorable Gregory B. Williams
                                                                     U.S. District Judge