# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A. No. 1:23-cv-00236(GBW) |
| | : |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| | : |
| Defendant. | : |

## STIPULATION AND PROPOSED ORDER EXTENDING TIME TO FILE REDACTED VERSIONS OF SEALED DOCUMENTS IN SUPPORT OF PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, subject to approval of the Court, that Plaintiff Ameritas Life Insurance Corp., shall file redacted versions of any sealed documents submitted in support of Plaintiff's Motions for Summary Judgment No. 1 (D.I. 213) and No. 2 (D.I. 218) on or before March 21, 2025 pursuant to the Court's Scheduling Order (D.I. 17 ¶ 7). The agreed-upon extension will allow the parties sufficient time to confer and reach agreement on appropriate redactions to the various exhibits filed under seal.

{REMAINDER OF PAGE INTENTIONALLY LEFT BLANK}

STIPULATED AND AGREED:

| | |
|---|---|
| **COZEN O'CONNOR** | **K&L GATES LLP** |
| */s/ Kaan Ekiner* | */s/ Matthew B. Goeller* |
| Kaan Ekiner (#5607) | Steven L. Caponi (#3484) |
| 1201 N. Market St., Ste. 1001 | Matthew B. Goeller (#6283) |
| Wilmington, DE 19801 | 600 N. King St., Ste. 901 |
| Phone: 302-295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | Phone: 302-416-7000 |
| | steven.caponi@klgates.com |
| -and- | matthew.goeller@klgates.com |
| | |
| Joseph M. Kelleher (*pro hac vice*) | -and- |
| Brian D. Burack (*pro hac vice*) | |
| COZEN O'CONNOR | Khai LeQuang (*pro hac vice*) |
| 1650 Market St., Ste. 2800 | Aaron M. Rubin (*pro hac vice*) |
| Philadelphia, PA 19103 | Richard W. Krebs (*pro hac vice*) |
| | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| *Attorneys for Plaintiff Ameritas Life Ins. Corp.* | 2050 Main St., Ste. 1100 |
| | Irvine, CA 92614 |
| | |
| | *Attorneys for Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary* |
| Dated: March 6, 2025 | |

**SO ORDERED** this _____ day of _____, 2025

_____
The Honorable Gregory B. Williams