# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236 (GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| Defendant. | : |

## STIPULATION AND [PROPOSED] ORDER REGARDING FORMAT AND LENGTH OF BRIEFS FOR DISPOSITIVE MOTIONS

WHEREAS, Plaintiff filed dispositive motions on February 28, 2025 (D.I. 213; D.I. 218).

WHEREAS, Plaintiff filed its supporting briefs, fact statements, and several exhibits provisionally under seal because they contain (or describe) information designated "Confidential" under the Agreed Protective Order (D.I. 18).

WHEREAS, the Court's Scheduling Order (D.I. 17 ¶ 7) and the Revised Administrative Procedures Governing Filing and Service by Electronic Means (§ G(1)) provide that redacted versions of such filings must be filed within seven days.

WHEREAS, on March 6, 2025, the parties stipulated to extend Plaintiff's deadline in this regard to March 21, 2025, and, on March 10, 2025, this Court entered an Order granting that stipulation.

WHEREAS, Defendant, in its forthcoming oppositions to Plaintiff's dispositive motions, and Plaintiff, in its forthcoming replies, anticipate significant reference to materials that are designated confidential, and thus both parties anticipate filing additional materials provisionally under seal.

WHEREAS, given the volume of materials designated confidential, and the desire to confer regarding which materials should be maintained under seal, the parties agree good cause exists to set a combined deadline for all parties to file their respective public versions of summary judgment materials (*i.e.,* opening materials, answering materials, and reply materials), thirty (30) days from the close of briefing.

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that both parties shall file public versions of their opening, answering, and reply materials regarding Plaintiff's dispositive motions (D.I. 213; D.I. 218) no later than thirty (30) days after reply briefs are submitted.

{REMAINDER OF PAGE INTENTIONALLY BLANK}

| COZEN O'CONNOR | K&L GATES LLP |
|---|---|
| */s/ Kaan Ekiner* | */s/ Matthew B. Goeller* |
| Kaan Ekiner (No. 5607) | Steven L. Caponi (No. 3484) |
| 1201 North Market St. | Matthew B. Goeller (No. 6283) |
| Ste. 1001 | Megan E. O'Connor (No. 6569) |
| Wilmington, DE 19801 | 600 N. King Street, Suite 901 |
| (302) 295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | (302) 416-7000 |
| | steven.caponi@klgates.com |
| -and- | matthew.goeller@klgates.com |
| | megan.oconnor@klgates.com |
| Michael J. Miller (*pro hac vice*) | |
| Joseph M. Kelleher (*pro hac vice*) | ORRICK, HERRINGTON & |
| Brian D. Burack (*pro hac vice*) | SUTCLIFFE LLP |
| Victoria G. Mazzola (*pro hac vice*) | |
| Kara E. Cheever (*pro hac vice*) | Khai LeQuang (*pro hac vice*) |
| COZEN O'CONNOR | Aaron M. Rubin (*pro hac vice*) |
| 1650 Market St., Ste. 2800 | Richard Krebs (*pro hac vice*) |
| Philadelphia, PA 19103 | Joseph Jeung (*pro hac vice*) |
| MJMiller@cozen.com | 2050 Main Street |
| BBurack@cozen.com | Suite 1100 |
| jkelleher@cozen.com | Irvine, CA 92614-8255 |
| vmazzola@cozen.com | (949) 567-6700 |
| kcheever@cozen.com | klequang@orrick.com |
| | amrubin@orrick.com |
| *Attorneys for Plaintiff,* | rkrebs@orrick.com |
| *Ameritas Life Insurance Corp.* | jjeung@orrick.com |
| | |
| | *Attorneys for Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary* |
| Dated: March 21, 2025 | |

**SO ORDERED** this _____ day of _____, 2025

_____
The Honorable Gregory B. Williams

3