IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236 (GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| Defendant. | : |

**STIPULATION AND [PROPOSED] ORDER REGARDING FORMAT AND LENGTH OF BRIEFS FOR DISPOSITIVE MOTIONS**

WHEREAS, Plaintiff filed dispositive motions on February 28, 2025 (D.I. 213; D.I. 218).

WHEREAS, Plaintiff filed its supporting briefs, fact statements, and several exhibits provisionally under seal because they contain (or describe) information designated "Confidential" under the Agreed Protective Order (D.I. 18).

WHEREAS, the Court's Scheduling Order (D.I. 17 ¶ 7) and the Revised Administrative Procedures Governing Filing and Service by Electronic Means (§ G(1)) provide that redacted versions of such filings must be filed within seven days.

WHEREAS, on March 6, 2025, the parties stipulated to extend Plaintiff's deadline in this regard to March 21, 2025, and, on March 10, 2025, this Court entered an Order granting that stipulation.

WHEREAS, Defendant, in its forthcoming oppositions to Plaintiff's dispositive motions, and Plaintiff, in its forthcoming replies, anticipate significant reference to materials that are designated confidential, and thus both parties anticipate filing additional materials provisionally under seal.

WHEREAS, given the volume of materials designated confidential, and the desire to confer regarding which materials should be maintained under seal, the parties agree good cause exists to set a combined deadline for all parties to file their respective public versions of summary judgment materials (*i.e.,* opening materials, answering materials, and reply materials), thirty (30) days from the close of briefing.

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that both parties shall file public versions of their opening, answering, and reply materials regarding Plaintiff's dispositive motions (D.I. 213; D.I. 218) no later than thirty (30) days after reply briefs are submitted.

{REMAINDER OF PAGE INTENTIONALLY BLANK}

COZEN O'CONNOR

/s/ Kaan Ekiner
Kaan Ekiner (No. 5607)
1201 North Market St.
Ste. 1001
Wilmington, DE 19801
(302) 295-2046
kekiner@cozen.com

-and-

Michael J. Miller (*pro hac vice*)
Joseph M. Kelleher (*pro hac vice*)
Brian D. Burack (*pro hac vice*)
Victoria G. Mazzola (*pro hac vice*)
Kara E. Cheever (*pro hac vice*)
COZEN O'CONNOR
1650 Market St., Ste. 2800
Philadelphia, PA 19103
MJMiller@cozen.com
BBurack@cozen.com
jkelleher@cozen.com
vmazzola@cozen.com
kcheever@cozen.com

*Attorneys for Plaintiff,*
*Ameritas Life Insurance Corp.*

Dated: March 21, 2025

K&L GATES LLP

/s/ Matthew B. Goeller
Steven L. Caponi (No. 3484)
Matthew B. Goeller (No. 6283)
Megan E. O'Connor (No. 6569)
600 N. King Street, Suite 901
Wilmington, DE 19801
(302) 416-7000
steven.caponi@klgates.com
matthew.goeller@klgates.com
megan.oconnor@klgates.com

ORRICK, HERRINGTON & SUTCLIFFE LLP

Khai LeQuang (*pro hac vice*)
Aaron M. Rubin (*pro hac vice*)
Richard Krebs (*pro hac vice*)
Joseph Jeung (*pro hac vice*)
2050 Main Street
Suite 1100
Irvine, CA 92614-8255
(949) 567-6700
klequang@orrick.com
amrubin@orrick.com
rkrebs@orrick.com
jjeung@orrick.com

*Attorneys for Defendant Wilmington*
*Savings Fund Society, FSB, solely as*
*Securities Intermediary*

**SO ORDERED** this 24th day of March, 2025

_____
The Honorable Gregory B. Williams

3