# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236 (GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| Defendant. | : |

## JOINT STIPULATION AND PROPOSED ORDER FOR MODIFYING CERTAIN PRE-TRIAL DEADLINES

WHEREAS, the Court's Scheduling Order (D.I. 17 ¶ 11), as modified (D.I. 115), appears to direct the parties to file motions *in limine* by June 6, 2025, but also directs the parties not to separately file motions *in limine* and instead include any such motions, responses, and replies thereto in the proposed pre-trial order;

WHEREAS, the parties have conferred and, with the Court's approval, agree that the parties should not file motions *in limine* on June 6, 2025, and, instead, should serve any motions *in limine*, responses, and replies in accordance with the below schedule, and then include any such motions, responses, and replies in the proposed pre-trial order:

- Motion *in limine* served:                                  August 28, 2025
- Opposition to motions *in limine* served:          September 19, 2025
- Replies in support of motions *in limine* served:  September 30, 2025

WHEREAS, the Scheduling Order (D.I. 17) as modified (D.I. 115) set the deadline for the parties to exchange expert reports on November 15, 2024 and to later file any *Daubert* motions by February 28, 2025—the deadline for dispositive motions;

WHEREAS, on November 15, 2024, the parties each had several motions pending before the Special Master seeking additional discovery; and, to ensure the parties' experts would have the benefit of any such discovery resulting from those motions, the parties agreed not to exchange expert reports on November 15, 2024;

WHEREAS, with motions still outstanding and the deadline for *Daubert* motions approaching, the parties agreed to suspend all expert deadlines;

WHEREAS, the Special Master ruled on the final discovery motion affirmatively seeking discovery on February 28, 2025; and the final piece of discovery ordered for production by the Special Master was passed on March 18, 2025; and

WHEREAS, the parties have conferred and are prepared to exchange expert reports and agree, subject to the Court's approval, that the expert deadlines should be re-set as follows:

- Expert reports:                June 16, 2025;
- Rebuttal reports:              July 11, 2025;
- Reply expert reports:          July 25, 2025,
- Expert Discovery Cutoff:       August 15, 2025,
- *Daubert* motions:             August 28, 2025

- Oppositions to *Daubert* Motions:      September 19, 2025
- Replies In Support of *Daubert* Motions:   September 30, 2025

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their undersigned counsel, and subject to the approval of the Court, that:

1. The expert deadlines in D.I. 17 (as modified in D.I. 115) shall be re-set as set forth in the schedule below; and

2. The motions *in limine* deadline in D.I. 17 (as modified in D.I. 115) shall be modified to clarify that the parties shall not separately file any motions *in limine* on June 6, 2025 and shall, instead, serve any such motions, responses and replies in accordance with the schedule below and the remaining provisions of D.I. 17 ¶ 11, and then include any such motions, responses, and replies in the proposed pre-trial order.

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Affirmative expert reports | November 15, 2024 | June 16, 2025 |
| Rebuttal Reports | December 13, 2024 | July 11, 2025 |
| Reply Expert Reports | January 10, 2025 | July 25, 2025 |
| Expert discovery cutoff | January 31, 2025 | August 15, 2025 |
| *Daubert* motions filed | February 28, 2025 | August 28, 2025 |
| Oppositions to *Daubert* motions filed | March 31, 2025 | September 19, 2025 |
| Replies in support of *Daubert* motions filed | April 21, 2025 | September 30, 2025 |
| Deadline to File motions *in limine* | June 6, 2025 | Parties not to separately file, but include in pre-trial order. |
| Deadline for service of motions *in limine* | | August 28, 2025 |
| Motions *in limine* oppositions served | | September 19, 2025 |
| Motions *in limine* replies served | | September 30, 2025 |

[Signature Blocks on Following Page]

| | |
|---|---|
| **COZEN O'CONNOR** | **K&L GATES LLP** |
| */s/ Kaan Ekiner* | */s/ Matthew B. Goeller* |
| Kaan Ekiner (#5607) | Steven L. Caponi (#3484) |
| 1201 N. Market St., Ste. 1001 | Matthew B. Goeller (#6283) |
| Wilmington, DE 19801 | 600 N. King St., Ste. 901 |
| 302-295-2046 | Wilmington, DE 19801 |
| kekiner@cozen.com | 302-416-7000 |
| | steven.caponi@klgates.com |
| | matthew.goeller@klgates.com |
| Joseph M. Kelleher (*pro hac vice*) | |
| Brian D. Burack (*pro hac vice*) | **ORRICK, HERRINGTON & SUTCLIFFE LLP** |
| 1650 Market St., Ste. 2800 | |
| Philadelphia, PA 19103 | Khai LeQuang (*pro hac vice*) |
| | Aaron M. Rubin (*pro hac vice*) |
| *Attorneys for Plaintiff Ameritas Life Ins. Corp.* | Richard W. Krebs (*pro hac vice*) |
| | 2050 Main St., Ste. 1100 |
| | Irvine, CA 92614 |
| | |
| | *Attorneys for Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary* |

Dated: June 11, 2025

---

**SO ORDERED** this _____ day of _____, 2025

_____
The Honorable Gregory B. Williams