# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| AMERITAS LIFE INSURANCE CORP., | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 1:23-cv-00236 (GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : | |
| Defendant. | : | |

## PLAINTIFF AMERITAS LIFE INSURANCE CORP.'S *DAUBERT* MOTION TO STRIKE EXPERT REPORT OF HON. GREGORY V. SERIO AND EXCLUDE HIS TESTIMONY

Pursuant to Federal Rules of Evidence 702 and 403 and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), Plaintiff Ameritas Life Insurance Corp. ("Ameritas") by and through its undersigned counsel, hereby respectfully moves for an order striking the expert report Honorable Gregory V. Serio and excluding his testimony.

The grounds for the motion are set forth in the accompanying brief, which is being filed contemporaneously herewith and is incorporated by reference.

|  |  |
|---|---|
| | **COZEN O'CONNOR** |
| Dated: September 5, 2025 | */s/ Nathan D. Barillo* <br> Nathan D. Barillo (#5863) <br> 1201 North Market Street, Ste. 1001 <br> Wilmington, DE 19801 <br> (302) 295-2048 <br> nbarillo@cozen.com <br><br> *Attorneys for Plaintiff Ameritas Life Insurance Corp.* |