# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236(GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| Defendant. | : |

## [PROPOSED] ORDER GRANTING PLAINTIFF AMERITAS LIFE INSURANCE CORP.'S *DAUBERT* MOTION TO STRIKE EXPERT REPORT OF HON. GREGORY V. SERIO AND EXCLUDE HIS TESTIMONY

**AND NOW**, this _____ day of _____, 2025, upon consideration of Plaintiff Ameritas Life Insurance Corp.'s *Daubert* Motion to Strike Expert Report of Hon. Gregory V. Serio and Exclude His Testimony pursuant to Federal Rules of Evidence 702 and 403 and *Daubert v. Merrill Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), and upon consideration of all papers filed in support, oppositions thereto, and any oral argument of counsel, it is **HEREBY ORDERED** that:

1. Ameritas's Motion is **GRANTED**;

2. The expert report of Hon. Gregory V. Serio, is struck and his testimony is excluded.

_____
The Honorable Gregory B. Williams
U.S. District Judge