# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236 (GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| Defendant. | : |

## DECLARATION OF BRIAN D. BURACK IN SUPPORT OF PLAINTIFF AMERITAS LIFE INSURANCE CORP.'S *DAUBERT* MOTION TO STRIKE EXPERT REPORT OF HON. GREGORY V. SERIO AND EXCLUDE HIS TESTIMONY

I, Brian D. Burack, hereby declare and state the following to be true under penalty of perjury pursuant to 28 U.S.C. § 1746 and any other applicable law:

1. I am an attorney admitted to practice in the Commonwealth of Pennsylvania and in the State of New Jersey, with the law firm of Cozen O'Connor P.C., counsel of record for Plaintiff Ameritas Life Insurance Corp. ("Ameritas") in the above-captioned action, and am admitted in this action *pro hac vice*.

2. I respectfully submit this Declaration and Exhibit Index in Support of Ameritas's *Daubert* Motion to Strike Expert Report of Hon. Gregory V. Serio and Exclude His Testimony.

3. Attached to Ameritas's *Daubert* Motion to Strike Expert Report of Hon.

Gregory V. Serio and Exclude His Testimony are the following Exhibits A-G, which are a true and correct copy of the documents and materials described herein:[1]

| Exhibit | Description | Bates Number(s) |
|---|---|---|
| A | Temporarily Filed Under Seal Pursuant to Protective Order | N/A |
| B | Temporarily Filed Under Seal Pursuant to Protective Order | N/A |
| C | Temporarily Filed Under Seal Pursuant to Protective Order | N/A |
| D | Temporarily Filed Under Seal Pursuant to Protective Order | N/A |
| E | Temporarily Filed Under Seal Pursuant to Protective Order | N/A |
| F | Temporarily Filed Under Seal Pursuant to Protective Order | N/A |
| G | Temporarily Filed Under Seal Pursuant to Protective Order | N/A |

**COZEN O'CONNOR**

Dated: September 5, 2025

*/s/ Brian Burack*
Brian Burack, Esquire

*Attorneys for Plaintiff Ameritas Life Insurance Corp.*

---

[1] Pursuant to D. Del. L.R. 5.1.3 and the Protective Order (D.I. 18 ¶ 6), materials designated confidential under the Protective Order have been filed temporarily under seal.