# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> WILMINGTON SAVINGS FUND : <br> SOCIETY, FSB, SOLELY AS : <br> SECURITIES INTERMEDIARY, : <br> : <br> Defendant. : | C.A. No. 1:23-cv-00236 (GBW) |

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing Plaintiff's *Daubert* Motion to Strike Expert Report of George Stauffer, Esq. and Exclude His Testimony complies with the type, font, and word requirements set forth in the Court's November 10, 2022 Standing Order regarding Briefing in All Cases. The text of the brief, including footnotes, was prepared in 14-point Times New Roman font and contains 4,952 words.

Dated: September 5, 2025

**COZEN O'CONNOR**

*/s/ Nathan D. Barillo*
Nathan D. Barillo (#5863)
1201 North Market Street, Ste. 1001
Wilmington, DE 19801
(302) 295-2048
nbarillo@cozen.com

*Attorneys for Plaintiff Ameritas Life Insurance Corp.*