# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236 (GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| Defendant. | : |

## LOCAL RULE 7.1.1 STATEMENT

Plaintiff Ameritas Life Insurance Corp. ("Ameritas") made reasonable efforts to reach agreement with Defendant Wilmington Savings Fund Society, FSB, solely as Securities Intermediary ("WSFS") on the matters set forth in Ameritas's *Daubert* Motion to Strike Expert Report of George Stauffer, Esq. and Exclude His Testimony. Such reasonable efforts included oral communications between counsel for the parties on a September 4, 2025 video conference, which included Delaware counsel for both parties, as well as email exchanges between counsel for the parties.

**COZEN O'CONNOR**

Dated: September 5, 2025

*/s/ Nathan D. Barillo*
Nathan D. Barillo (#5863)
1201 North Market Street, Ste. 1001
Wilmington, DE 19801
(302) 295-2048
nbarillo@cozen.com

*Attorneys for Plaintiff Ameritas Life Insurance Corp.*