# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236(GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| Defendant. | : |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Friday, September 5, 2025, Plaintiff's *Daubert Motion to Strike Expert Report of George Stauffer, Esq., and Exclude His Testimony*, confidential *Opening Brief in Support*, confidential *Declaration of Brian Burack* (and confidential exhibits thereto) were e-filed and served on all counsel of record by CM/ECF and email.

|  |  |
|---|---|
|  | **COZEN O'CONNOR** |
| Dated: September 5, 2025 | */s/ Nathan D. Barillo* |
|  | Kaan Ekiner, Esq. (#5607) |
|  | Nathan D. Barillo (#5863) |
|  | 1201 North Market Street, Ste. 1001 |
|  | Wilmington, DE 19801 |
|  | (302) 295-2048 |
|  | kekiner@cozen.com |
|  | nbarillo@cozen.com |
|  |  |
|  | *Attorneys for Plaintiff Ameritas Life Insurance Corp.* |

2