# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AMERITAS LIFE INSURANCE CORP., | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:23-cv-00236 (GBW) |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, SOLELY AS SECURITIES INTERMEDIARY, | : |
| Defendant. | : |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing *Response in Opposition of Plaintiff, Ameritas Life Insurance Corp., to BroadRiver's Motion for Reargument or, in the alternative, for Certification of Interlocutory Appeal* has been prepared in Times New Roman Font 14-point typeface and that it contains 2,489 words excluding the case caption, title, and signature block.

DATED: November 12, 2025

**COZEN O'CONNOR**

/s/ Nathan D. Barillo
Nathan D. Barillo (No. 5863)
1201 North Market St., Ste. 1001
Wilmington, DE 19801
302-295-2048
nbarillo@cozen.com

*Attorneys for Plaintiff,*
*Ameritas Life Insurance Corp.*